# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| | |
|---|---|
| United States of America<br>v.<br>WILLIE LEE HARRIS<br><br>Date of Original Judgment: 02/10/1995<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No: 94-00103-CB<br>)  USM No:<br>)<br>)  _____<br>)  *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 324 months **is reduced to** 262* .

*(Complete Parts I and II of Page 2 when motion is granted)*

**ADDITIONAL COMMENTS**
*Actual Sentence was 324 months as to count 1, and 240 months as to counts 2, 3, 4 and 5, all terms to run concurrently NOW REDUCED TO 262 months as to count 1 and 240 months as to counts 2, 3, 4 and 5, all to run concurrently.

Except as otherwise provided, all provisions of the judgment dated 02/10/1995 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: December 1, 2011                                        s/Charles R. Butler, Jr.
                                                                                      *Judge's signature*

Effective Date:                                                              Charles R. Butler, Jr., Senior United States District Judge
*(if different from order date)*                                        *Printed name and title*